1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   MONTGOMERY Y. PAEK, ESQ., Bar # 10176
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, #300
3  Las Vegas, NV  89169-5937
   Telephone:     702.862.8800
4  Fax No.:        702.862.8811
   E-mail:          rroskelley@littler.com
5  E-mail:          mpaek@littler.com

6  Attorneys for Defendant
   UBER TECHNOLOGIES, INC. and RASIER, LLC
7

8                  UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10

11 WENDY GRANADOS; GABRIELLE
   CASEY; and JAMES BATTAGLIA,
12 individually and on behalf of Class of          Case No.:  2:16-cv-02912-APG-PAL
   similarly situated individuals,
13
                      Plaintiffs,                  **STIPULATION AND ORDER**
14                                                 **TO EXTEND TIME FOR DEFENDANT TO**
   vs.                                             **FILE A REPLY IN SUPPORT OF**
15                                                 **DEFENDANTS' MOTION TO COMPEL**
   UBER TECHNOLOGIES, INC.; RASIER,                **ARBITRATION, STRIKE CLASS**
16 LLC; DOE EMPLOYERS, I-X; ROE                    **ALLEGATIONS AND DISMISS THE**
   EMPLOYERS, I-X; DOES, I-X; and                  **COMPLAINT**
17 ROES, I-X,
                                                   **(FIRST REQUEST)**
18                    Defendants.

19

20

21        Plaintiffs  WENDY  GRANADOS;  GABRIELLE  CASEY;  and  JAMES  BATTAGLIA

22 ("Plaintiffs") and Defendants UBER TECHNOLOGIES, INC. and RASIER, LLC ("Defendants"),

23 by and through their respective counsel, do hereby stipulate to extend the time for Defendants to file

24 a reply in support of their Motion to Compel Arbitration, Strike Class Allegations and Dismiss the

25 Complaint [ECF No. 9] from the current deadline of January 26, 2017 up to and including February

26 2, 2017.

27        This  extension  is  requested  to  accommodate  defense  counsel's  schedule  and  prior

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

commitments.  This is the first request for extension of the deadline to file a reply in support of Defendants' Motion to Compel Arbitration, Strike Class Allegations and Dismiss the Complaint.

Dated:  January 24, 2017

Respectfully submitted,


/s/ Lauren Calvert, Esq.
RYAN M. ANDERSON, ESQ.
LAUREN CALVERT, ESQ.
MORRIS ANDERSON

Attorneys for Plaintiffs
WENDY GRANADOS; GABRIELLE
CASEY; and JAMES BATTAGLIA

Dated:  January 24, 2017

Respectfully submitted,


/s/ Rick D. Roskelley, Esq.
RICK D. ROSKELLEY, ESQ.
MONTGOMERY Y. PAEK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
RASIER, LLC


**IT IS SO ORDERED.**


UNITED STATES DISTRICT JUDGE
Dated: March 9, 2017.

Firmwide:145350314.1 073208.1292

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.